UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| V. | ) | 1:14CR333-1 |
| PABLO BUSTOS CASTANEDA | ) | |
| | ) | |

SEALED RESPONSE TO DRAFT PRESENTENCE REPORT

Pursuant to Rule 32(f)(1) and (2) of the Federal Rules of Criminal Procedure, this confirms that counsel for the defendant has received and reviewed the Draft Presentence Report in the above-captioned matter and finds the factual information accurate and makes no request for correction or modification.

This the 17th day of December, 2014.

/s/ Helen L. Parsonage
Attorney for the Defendant
BC Bar # 35492
426 Old Salem Road
Winston-Salem, NC 27101
Tel: (336) 724 2828

CERTIFICATE OF SERVICE

I hereby certify that on December 17, 2014, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Lisa B. Boggs.

/s/ Helen L. Parsonage
Attorney for the Defendant
BC Bar # 35492
426 Old Salem Road
Winston-Salem, NC 27101
Tel: (336) 724 2828